

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

Michael J. Crowley
Partner

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 3/2/2020

The Post Discovery Status Conference scheduled for March 13, 2020, is adjourned to April 24, 2020 at 10:00 a.m.

**VIA ELECTRONIC FILING**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re: *Daina Pace v. Target Corporation,* Docket No.: 1:19-cv-00702-VSB

Dear Judge Broderick:

This firm represents Defendant, Target Corporation ("Target"), in connection with the above-referenced matter. We are writing on behalf of both parties to request an adjournment of the Post-Discovery Conference, which is currently scheduled for March 13, 2020 at 11:00 a.m.

On February 12, 2020 the Court granted Plaintiff's request for an extension of time to complete fact discovery and extended the fact discovery deadline to March 17, 2020. The parties are in the process of scheduling the final deposition in this matter, which may not be completed prior to the post-discovery conference currently scheduled for March 13th. Additionally, the parties are beginning settlement discussions.

Accordingly, the parties hereby request that the Post-Discovery Conference currently scheduled for March 13th be adjourned approximately thirty (30) days so that the parties can complete the final deposition prior to the conference and can continue to work on reaching a settlement in this matter. Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

[signature]

Michael J. Crowley

cc: Koerner & Associates, LLC (*via* ECF)