```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAINA PACE,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :   19-CV-702 (VSB)
                                                            :
TARGET CORPORATION,                                         :   **ORDER**
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

The parties are scheduled to appear for a post discovery conference in this matter on September 3, 2020 at 10:30 a.m. The conference will be held telephonically. The dial-in information for the conference is as follows: 1-888-363-4749, conference code 2682448.

SO ORDERED.

Dated:   August 31, 2020
         New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge