**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAINA PACE,

                Plaintiff,

-against-                              19 **CIVIL** 702 (VSB)

                                          **JUDGMENT**

TARGET CORPORATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, Defendant's motion for summary judgment is GRANTED and Plaintiff's complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2022

                                                      **RUBY J. KRAJICK**

                                                              Clerk of Court

                                      **BY:**      *K. Mango*

                                                              **Deputy Clerk**